

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>IGNACIO TALONIA-BORJA [1],<br><br>            Defendant. | CASE NO. 09CR3329-BTM<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  Upon the Mandate and Order of the USCA the Judgment and Commitment is hereby vacated.

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Superseding Indictment:

8:1326 - Attempted Entry After Deportation (1,1s); 18:1544 Misuse of Passport (2,2s); Aggravated Identity Theft (3s)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/08/2013

_____
Barry Ted Moskowitz
U.S. District Judge